IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:25-cv-00640 |
| | ) |
| v. | ) |
| | ) |
| MICHAEL T. WILLIS, | ) |
| FRANCIE A. WILLIS, | ) |
| JPMORGAN CHASE BANK N.A., | ) |
| DAN DONNELLY, and | ) |
| ALIGHT INC. | ) |
| | ) |
| Defendants. | ) |

# COMPLAINT

The United States of America, under 26 U.S.C. §§ 7401 and 7403, at the direction of a delegate of the Attorney General of the United States, and with the authorization and sanction of a delegate of the Secretary of the Treasury, brings this civil action (1) to reduce to judgment unpaid federal tax liabilities owed by Michael T. Willis, and (2) to enforce the associated federal tax liens against certain real property belonging to him. For its complaint, the United States alleges as follows:

### JURISDICTION, VENUE, AND PARTIES

1. Jurisdiction is conferred upon this district court under 26 U.S.C. § 7402(a) and 7403 and 28 U.S.C. §§ 1331, 1340, and 1345.

2. Venue is proper under 28 U.S.C. §§ 1391(b) and 1396 because the tax liabilities accrued in this district, and Mr. Willis' primary residence is in this district.

3. Plaintiff is the United States of America.

4. Defendant Michael Willis resides in Houston, Texas, within the jurisdiction of this Court.

5. Defendant Francie Willis resides in Houston, Texas, within the jurisdiction of this Court.

6. Defendant Francie Willis is joined as a party as required by 26 U.S.C. § 7403(b) because she may claim an interest in the property upon which the United States seeks to enforce its liens.

7. Defendant JPMorgan Chase Bank NA is joined as a party as required by 26 U.S.C. § 7403(b) because it may claim an interest in the property upon which the United States seeks to enforce its liens.

8. Defendant Dan Donnelly is joined as a party as required by 26 U.S.C. § 7403(b) because he may claim an interest in the property upon which the United States seeks to enforce its liens.

9. Defendant Alight Inc. DMA Commission Express Dallas is joined as a party as required by 26 U.S.C. § 7403(b) because it may claim an interest in the property upon which the United States seeks to enforce its liens.

**THE SUBJECT PROPERTY**

10. The title of the real property upon which the United States seeks to enforce its federal tax liens is owned or held in the name of Michael Willis, and consists of the land, along with all improvements, buildings, and appurtenances thereon, now known as and numbered 12 Eaton Square, Houston, TX 77027-3109 (the "Real Property"). The legal description of the Real Property is as follows:

> LOT FOUR (4), IN BLOCK ONE (1), OF EATON SQUARE, IN WILLIAM WHITE SURVEY, ABSTRACT NO. 836 IN HARRIS

COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN FILM CODE NO. 363107, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

Subject to: taxes and assessments, mortgages, easements, right of ways, ditches and drains, restrictions, covenants, conditions, limitations, roads and highways, zoning ordinances, and all other restrictions of record.

Deed Reference: Being the property conveyed to Michael T. Willis, by general warranty deed of John W. Cassidy and spouse, Charlene F. Madison-Cassidy, dated December 15, 2006, and recorded with the County Clerk of Harris County as document number 20060269198 on December 18, 2006. Also being the property conveyed to Michael T. Willis by general warranty partition deed of Francie A. Willis, dated December 29, 2010, and recorded with the County Clerk of Harris County as document number 20100551687 on December 29, 2012.

## COUNT 1
### JUDGMENT AGAINST MICHAEL WILLIS FOR TAX LIABILITIES

*Income Tax Liabilities*

11.     On the following dates, a delegate of the Secretary of the Treasury made assessments against Michael Willis for federal income taxes and penalties for the following tax periods and in the following amounts (collectively, "the income tax liabilities"), which have balances due with accruals and costs as of February 13, 2025, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 02/13/2025 |
|---|---|---|---|---|
| 12/31/2014 | 12/07/2015 | Self-Reported Tax | 287,891.00 | 1,229.15 |
|  | 12/07/2015 | Late Payment Penalty | 11,515.64 |  |
|  | 01/02/2017 | Late Payment Penalty | 29,348.30 |  |
|  | 12/20/2021 | Late Payment Penalty | 18,845.03 |  |
| 12/31/2015 | 11/21/2016 | Self-Reported Tax | 390,682.00 | 439,231.65 |
|  | 11/21/2016 | Failure to Prepay Penalty | 1,122.07 |  |
|  | 11/21/2016 | Late Payment Penalty | 3,436.73 |  |
|  | 12/20/2021 | Late Payment Penalty | 59,233.77 |  |
| 12/31/2017 | 09/14/2020 | Self-Reported Tax | 702,243.00 | 1,433,770.27 |
|  | 09/14/2020 | Failure to Prepay Penalty | 2,187.15 |  |
|  | 09/14/2020 | Late Filing Penalty | 157,092.30 |  |

|            | 09/14/2020 | Late Payment Penalty      | 101,237.26   |              |
|------------|------------|---------------------------|--------------|--------------|
| 12/31/2018 | 09/14/2020 | Self-Reported Tax         | 2,404,315.00 | 4,411,388.68 |
|            | 09/14/2020 | Failure to Prepay Penalty | 27,745.20    |              |
|            | 09/14/2020 | Late Filing Penalty       | 324,264.87   |              |
|            | 09/14/2020 | Late Payment Penalty      | 204,166.77   |              |
| **Total**  |            |                           |              | $6,285,614.75 |

12. A delegate of the Secretary of the Treasury gave notice and demand for payment of the income tax liabilities described above to Michael Willis. After the application of statutory interest, penalties, fees, other additions, abatements, payments, and credits, the income tax liabilities described above had a $6,285,614.75 unpaid balance due of as of February 13, 2025.

13. Despite notice and demand for payment, Michael Willis has failed, neglected, or refused to fully pay the income tax liabilities described above.

14. Under 26 U.S.C. § 7402, the United States is entitled to a judgment that Michael Willis is liable to the United States for the income tax liabilities in the amount of $6,285,614.75 of as of February 13, 2025, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid.

## COUNT 2
### Enforcement of Federal Tax Liens

16. Pursuant to 26 U.S.C. §§ 6321 and 6322, as a result of the neglect, refusal or failure by Michael Willis to pay the tax liabilities described above after notice and demand, federal tax liens arose on the dates of the assessments and attached to all property and rights to property belonging to Michael Willis, including the Real Property.

17. Additionally, the Internal Revenue Service publicly filed Notices of Federal Tax Lien ("NFTL") in accordance with 26 U.S.C. § 6323(f) with the County Recorder of Harris County, Texas in regard to the tax liabilities described below, on the following dates:

| Type of Tax | Tax Periods Ending | Date NFTL Filed |
|---|---|---|
| Income | 12/31/2014 | 01/13/2021 |
| Income | 12/31/2015 | 01/13/2021 |
| Income | 12/31/2017 | 01/13/2021 |
| Income | 12/31/2018 | 01/13/2021 |

18. On September 24, 1999, an abstract of judgment was recorded in the Office of the County Clerk of Harris County, Texas, against Michael Willis, Francie Willis, Urban Retreat of Houston, Inc., and Willis Hite Enterprises, Inc. on behalf of Dan Donnelly in the amount of $1,707,684.30. This abstract does not attach to the Real Property because it is Michael Willis' homestead.

19. On September 17, 2007, an abstract of judgment was recorded in the Office of the County Clerk of Harris County, Texas, against Michael Willis, on behalf of Alight Inc. DMA Commission Express Dallas in the amount of $4,930.26. This abstract does not attach to the Real Property because it is Michael Willis' homestead.

20. Pursuant to 26 U.S.C. § 7403, the United States is entitled to enforce the federal tax liens described above against the Real Property by foreclosure sale or other court orders. In particular, the United States is entitled to have the entire Real Property sold in a judicial sale, or by a receiver appointed for that purpose, free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs and expenses of the sale, including any costs and expenses incurred to secure and maintain the Real Property; second, to the Harris County, Texas to pay

any real estate taxes due and owing which are entitled to priority under 26 U.S.C. § 6323(b)(6); third, to the United States to pay the Income Tax Liabilities described above; and fourth, to the other parties in accordance with the law; or, as otherwise determined by the Court in accordance with the law.

## PRAYER

WHEREFORE, the United States of America prays for a judgment determining:

A. That Michael Willis is liable to the United States for the income tax liabilities arising out of tax years 2014, 2015, 2017, and 2018 in the amount of $6,285,614.75 as of February 13, 2025, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid;

B. That the federal tax liens securing the liabilities described in this complaint shall be foreclosed or enforced by other court orders against the Real Property by sale of the entire Real Property in a judicial sale, or by a receiver appointed for that purpose, free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs and expenses of the sale, including any costs and expenses incurred to secure and maintain the Real Property; second, to the Harris County, Texas to pay any real estate taxes due and owing which are entitled to priority under 26 U.S.C. § 6323(b)(6); third, to the United States to pay the income tax liabilities of Michael Willis described above; and fourth, to the other parties as otherwise determined by the Court in accordance with the law; and

C.  That the Court awards the United States such other and further relief as this Court deems just and proper, including its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

/s/ *Amanda P. Swartz*
AMANDA P. SWARTZ
Texas Bar No. 24088172
SDTX Federal ID No. 3633284
Attorney-in-charge
IGNACIO PEREZ DE LA CRUZ
Massachusetts Bar No. 67261
SDTX Federal ID No. 2433910
Attorneys, Tax Division
U.S. Department of Justice
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201
(202) 598-6142
(214) 880-9759
(214) 880-9741 (FAX)
Amanda.P.Swartz@usdoj.gov
Ignacio.PerezdelaCruz@usdoj.gov